**KENNETH D. WATNICK (Bar No. 150936)**
 kdw@amclaw.com
**DAVID J. BILLINGS (Bar No. 175383)**
 djb@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard**
**Suite 4000**
**Los Angeles, California 90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Plaintiff TRM MANUFACTURING, INC.**

FILED
CLERK, U.S. DISTRICT COURT
May 24, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRM MANUFACTURING, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 5:17-cv-00039-SJO (DTBx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial:　November 21, 2017 |

　　　Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice. Each party shall bear their own fees and costs for this action.

　　　**IT IS SO ORDERED**.

DATED: May 24, 2017

*S. James Otero*

_____
The Honorable S. James Otero,
United States District Court Judge

1628878.1 06008-002

[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE